ORIGINAL

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2005 MAY 2 PM 1: 14

CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

REGINALD POWELL,

    Petitioner

vs.                       CASE NO.: CV502-35
                           CR500-7

UNITED STATES OF AMERICA,

    Respondent.

## ORDER

Before the Court is Petitioner's Motion to Supplement Record on Appeal. (Doc. 63.) After careful consideration, Petitioner's motion is **GRANTED**. Accordingly, the Clerk of the Court is **DIRECTED** to supplement the appellate record in this case with the pre-sentence investigation report from Petitioner's underlying criminal action, United States v. Powell, No. CR500-7 (S.D. Ga. April 19, 2001).

**SO ORDERED** this 2nd day of May, 2005.

_____
WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

# United States District Court
## Southern District of Georgia

Reginald Powell )
                )
vs              ) CASE NUMBER CV502-035
                )
United States of America ) DIVISION WAYCROSS
                )

The undersigned, a regularly appointed and qualified deputy in the office of the Clerk of this district, while conducting the business of the Court for said division, does hereby certify the following:

1. Pursuant to the instructions from the Court and in the performance of my official duties, I personally placed in the United States Mail a sealed envelope, and properly addressed to each of the persons, parties or attorneys named below; and

2. That the aforementioned enveloped contained a copy of the document dated 5/2/05, which is part of the official record of this case.

Date of Mailing: 5/2/05

Date of Certificate  ☒ same date,    or _____

Scott L. Poff, Clerk

By: _____
Deputy Clerk

Name and Address

CRIMINAL
Thomas M. Browder, III, Esq., Stutsman & Thames, PA, STE 127, Jacksonville, FL 32202
Amy Lee Copeland, Esq., U.S. Attorney's Office, P.O. Box 8970, Savannah, GA 31412
Reginald Powell, Federal Correctional Institution, 10533-021, P.O. Box 699, Estill, SC 29918

☐ Copy placed in Minutes
☒ Copy given to Judge
☐ Copy given to Magistrate